■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN MORGAN, Appellant. [807 NYS2d 918]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 22, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the first degree (Penal Law § 160.15 [3]). We reject the contention of defendant that his waiver of the right to appeal was not knowingly, voluntarily, and intelligently entered (*see generally People v Callahan*, 80 NY2d 273, 280 [1992]). That waiver encompasses defendant's present challenge to Supreme Court's suppression ruling (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Looney*, 20 AD3d 926 [2005], *lv denied* 5 NY3d 807 [2005]; *People v Pan Zhi Feng*, 15 AD3d 862 [2005], *lv denied* 5 NY3d 809 [2005]). Present—Pigott, Jr., P.J., Gorski, Smith, Green and Hayes, JJ.